UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES POSTAL SERVICE )<br><br>Defendant ) | Civil Action No. 1:07-cv-00178-RMC |

**PROOF OF SERVICE DECLARATION OF PATRICIA ANNE DOWLING**

I, PATRICIA ANNE DOWLING, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

On January 30, 2007, the following party was served with the summons and complaint in this matter by Certified Mail, Return Receipt Requested:

    UNITED STATES POSTAL SERVICE
    475 L'ENFANT PLZ SW
    WASHINGTON DC 20260
    Certified Mail No.:    7006 0100 0000 7244 3851

A true copy of the signed Domestic Return Receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 6, 2007

                                              Patricia Anne Dowling





**ATTACHMENT 1**