## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE )<br>)<br>Defendant ) | Civil Action No. 1:07-cv-00178-RMC |

**PROOF OF SERVICE DECLARATION OF PATRICIA ANNE DOWLING**

I, PATRICIA ANNE DOWLING, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

On February 2, 2007, the following party was served with the summons and complaint in this matter by Certified Mail, Return Receipt Requested:

> CIVIL PROCESS CLERK AT
> OFFICE OF UNITED STATES ATTORNEY
> DISTRICT OF COLUMBIA
> 555 4TH ST NW
> WASHINGTON DC 20001
> Certified Mail No.:    7006 0100 0000 7244 3638

A true copy of the signed Domestic Return Receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  February 8, 2007

_____
Patricia Anne Dowling

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) / C. Date of Delivery  2/5/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>CIVIL PROCESS CLERK AT<br>OFFICE OF UNITED STATES ATTORNEY<br>DISTRICT OF COLUMBIA<br>555 4ᵀᴴ ST NW<br>WASHINGTON DC 20001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 0100 0000 7244 3868 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

BRENDA C. ZWACK    25-403-07/15-164 070126-InitFilingCoverLTR.wpd 1/26/07
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L ST NW STE 1200
WASHINGTON DC 20005-4126

FEB 07 2007

ATTACHMENT 1