UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br><br>Defendant | Civil Action No. 1:07-cv-00178-RMC |

**PROOF OF SERVICE DECLARATION OF PATRICIA ANNE DOWLING**

I, PATRICIA ANNE DOWLING, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

On February 12, 2007, the following party was served with the summons and complaint in this matter by Certified Mail, Return Receipt Requested:

> ALBERTO GONZALES, ATTORNEY GENERAL
> UNITED STATES DEPARTMENT OF JUSTICE
> 950 PENNSYLVANIA AV NW
> WASHINGTON DC 20530-0001
> Certified Mail No.:   7006 0100 0000 7244 3875

A true copy of the signed Domestic Return Receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  February 22, 2007

Patricia Anne Dowling

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature _[signature]_   ☐ Agent  ☐ Addressee<br>X  FEB 1 2 2007<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>ALBERTO GONZALES, ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AV NW<br>WASHINGTON DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0000 7244 3875 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

BRENDA C. ZWACK       25-403-07/15-164 070126-InitFilingCoverLTR.wpd 1/26/07
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L ST NW STE 1200
WASHINGTON DC 20005-4126

RECEIVED
FEB 16 2007
O'Donnell Schwartz
& Anderson PC

**ATTACHMENT 1**