UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AMERICAN POSTAL WORKERS UNION, AFL-CIO**, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No.: 07-0178 (RMC) |
| **UNITED STATES POSTAL SERVICE**, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a four-week enlargement of time to file its response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. This is an action concerning the alleged breach of a collective bargaining agreement in which plaintiff contends that defendant has failed to comply with two arbitration awards. Plaintiff filed its Complaint in this Court on January 26, 2007. Defendant's answer or response to the Complaint is due on or before April 6, 2007.

2. The undersigned counsel has been in contact with the United States Postal Service. Agency counsel is in the process of investigating the claims involved in this lawsuit and compiling any relevant materials for the undersigned counsel, however, due to time constraints, these actions have not yet been completed.

3. Because the undersigned counsel does not yet possess all of the information relevant to this claim, she is requesting additional time so that she may thoroughly investigate the facts in this matter so that the agency can accurately respond to the allegations made in the

Complaint. Accordingly, Defendant seeks a four-week extension of time, up to and including May 7, 2007, in which to answer or otherwise respond to Plaintiff's complaint.

5. Pursuant to LCvR 7(m), counsel for defendant contacted plaintiff's counsel to discuss the relief defendant is seeking. Counsel for plaintiff stated that she does not oppose the relief sought herein.

Dated: March 29, 2007

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN POSTAL WORKERS UNION, AFL-CIO**, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **UNITED STATES POSTAL SERVICE**, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No.: 07-0178 (RMC)

## **ORDER**

This matter having come before this Court on Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that defendant's motion is **GRANTED**. It is further

**ORDERED** that defendant shall file its response to plaintiff's complaint on or before May 7, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
ROSEMARY M. COLLYER
United States District Court Judge