UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 07-0178 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff American Postal Workers Union, AFL-CIO ("Union"), asks the Court for a one week extension of time to and including May 25, 2007, within which to file its response to Defendant United States Postal Service's ("Postal Service") Motion to Dismiss. Undersigned counsel has been away from the office to attend to personal family matters involving serious health concerns. As such, she has not had adequate time to fully respond to the Postal Service's motion. Opposing counsel Michelle Johnson has consented to this extension of time.

For these reasons, the Union respectfully requests that the Court grant the Union this extension of time. A proposed order is attached.

Dated: May 18, 2007            Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By: /s/: Brenda C. Zwack
   Brenda C. Zwack (DC Bar # 482673)
   1300 L Street N.W., Suite 1200
   Washington, DC 20005-4178
   (202) 898-1707/ FAX (202) 682-9276

   *Attorneys for the American Postal Workers Union, AFL-CIO*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Motion for Extension of Time to File its Response to Defendant's Motion to Dismiss was sent by First Class Mail, postage prepaid, to:

> Holly Johnson
> U.S. Attorney's Office
> Judiciary Center Building — Room 10-413
> 555 - 4th Street, N.W.
> Washington, DC  20001

| | |
|---|---|
| May 18, 2007 | /s/: Brenda C. Zwack |
| Date | Brenda C. Zwack |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN POSTAL WORKERS UNION,      )
AFL-CIO,                            )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil No. 07-0178 (RMC)
                                    )
UNITED STATES POSTAL SERVICE,       )
                                    )
            Defendant.              )
_____ )

ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, it is this _____ day of _____, 2007, hereby

ORDERED that Plaintiff's motion is GRANTED and that Plaintiff may have until May 25, 2007, to file its response.


                                    _____
                                    United States District Court Judge


Copies to:

Brenda C. Zwack
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC  20005
bzwack@odsalaw.com

Michelle N. Johnson
U.S. Attorney's Office
Judiciary Center Building — Room E-4212
555 - 4th Street, N.W.
Washington, DC  20001
Michelle.Johnson@usdoj.gov