UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 07-178 (RMC) |
| UNITED STATES POSTAL SERVICE, | | |
| Defendant. | | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (Dkt. No. 7) is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 10) is **GRANTED IN PART**, and judgment is entered in favor of Plaintiff and against Defendant as follows: Defendant shall pay backpay to Christopher Broderick, less any other compensation received, from July 16, 2006, to February 26, 2007.

Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

DATE: October 5, 2007                              /s/
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge